JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONALD RENFRO, III, | No. 5:22-cv-00725-JGB (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 13, 2022

_____
JESUS G. BERNAL
United States District Judge